PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
NOAH SCHABACKER, Maryland Bar
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (303) 844-6232
      E-Mail: Noah.Schabacker@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. TURNBO,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:23-cv-01399-DJC-CKD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended forty-five (45) days from November 24, 2023, up to and including January 8, 2024.  This is the Defendant's first request for an extension.

    Undersigned counsel was assigned this matter on November 7, 2023.  Since that time, undersigned counsel has had filed two district court matters.  Undersigned counsel has three additional district court matters due for filing by November 20, 2023.  Further, undersigned counsel will be out of the office on preapproved leave from November 21 to 27, 2023.  Additionally, undersigned counsel is also training a new attorney.  Defendant apologizes to the

Court for any inconvenience caused by this delay.  Undersigned counsel contacted Plaintiff's counsel on November 14, 2023, and she had no objection to this request.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  November 14, 2023

/s/  Meredith Marcus*
(*as authorized via e-mail on November 14, 2023)
MEREDITH E. MARCUS
Attorney for Plaintiff

Dated: November 14, 2023

PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Social Security Administration

By:  /s/  Noah Schabacker
NOAH SCHABACKER
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including January 8, 2024, to respond to Plaintiff's Motion for Summary Judgment.

Dated:  November 16, 2023

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE