PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
NOAH SCHABACKER, Maryland Bar
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (303) 844-6232
      E-Mail: Noah.Schabacker@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. TURNBO,<br><br>        Plaintiff,<br><br>  vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 2:23-cv-01399-DJC-CKD<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended 30 (45) days from January 8, 2024, up to and including February 8, 2024.  This is the Defendant's second request for an extension.

    Based on his review of the record, undersigned counsel requires additional time to explore settlement options.

    The Court previously granted an extension on November 16, 2023.  Since that time, undersigned counsel:

- Was out of the office on preapproved leave from November 21-27, 2023,
- Filed nine district court matters;

- Negotiated settlements in 12 attorney fee matters;
- Filed a brief objecting to a request for attorney fees;
- Began training a new attorney who joined the office on December 4, 2023;
- Assisted another attorney who is out of the office; that attorney is training another new attorney. That new attorney unexpectedly required additional assistance during the last three weeks;
- Helped care for a family member who had surgery on November 30, 2023, which has required several unexpected absences from work; and
- Was out of the office on December 8 and 11, 2023, due to his own illness.

These circumstances prevented undersigned counsel from reviewing the record earlier.

Defendant apologizes to the Court for any inconvenience caused by this delay. Undersigned counsel contacted Plaintiff's counsel on January 5, 2024, and she had no objection to this request.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: January 5, 2024            /s/ Meredith E. Marcus*
                                  (*as authorized via e-mail on January 5, 2024)
                                  MEREDITH E. MARCUS
                                  Attorney for Plaintiff

Dated: January 5, 2024            PHILLIP A. TALBERT
                                  United States Attorney
                                  MATHEW W. PILE
                                  Associate General Counsel
                                  Social Security Administration

                            By:   /s/ Noah Schabacker
                                  NOAH SCHABACKER
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including February 8, 2024, to respond to Plaintiff's Motion for Summary Judgment.

Dated: January 8, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE