UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. TURNBO,<br><br>    Plaintiff,<br><br>    v.<br><br>COMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No.  2:23-cv-01399 DJC CKD<br><br>ORDER |

    Pursuant to the parties' stipulation (ECF No. 25), the Court awards Plaintiff attorney fees in the amount of $6,700.00. The award of attorney fees will satisfy all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412 in this case. Any fees paid belong to Plaintiff and not his attorney and can be offset to satisfy pre-existing debt that the litigant owes the United States under Astrue v. Ratliff, 130 S. Ct. 2521 (2010).  Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Counsel, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel.  SO ORDERED.

Dated:  May 2, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE